Affidavit of PROCESS SERVER

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
Case Number   1:25-CV-1024

MICHAEL ROACH, ET AL

v.

THE SALVATION ARMY NATIONAL CORPORATION

I, WILLIAM SHOWALTER

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

### CORPORATE SERVICE

| | |
|---|---|
| THAT I SERVED THE WITHIN | SUMMONS AND COMPLAINT |
| ON THE WITHIN NAMED DEFENDANT | THE SALVATION ARMY NATIONAL CORPORATION C/O R/A CT CORPORATION SYSTEM |
| PERSON SERVED | LAUREN PHILLIPS , EMPLOYEE AUTHORIZED TO ACCEPT |
| BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY | 6/18/2025 |

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| Sex | FEMALE | Race | WHITE | Age | 30'S |
| Height | 5' 10" | Build | 131-160 LBS | Hair | BROWN |

LOCATION OF SERVICE   4701 COX RD, SUITE 285
GLEN ALLEN, VIRGINIA  23060

Service GPS   -77.57139 37.66616
Date Of Service   6/18/2025
Time   2:23 PM

_____   6/18/2025
WILLIAM SHOWALTER
PROCESS SERVER

PRINT  Kori Massey   SIGN  kmassey   NOTARY
COUNTY OF Chesterfield , STATE OF VA   MY COMMISSION EXPIRES 01/31/2028
SUBSCRIBED AND SWORN BEFORE ME ON THIS 18 DAY OF June , 2025

[Notary Seal: KORI MASSEY, NOTARY PUBLIC, REG. # 00286439, MY COMMISSION EXPIRES 01/31/2028, COMMONWEALTH OF VIRGINIA]

*64461A*

Law Firm ID:  AHDOOT WOLFSON   Firm #   Case Return Date:  06/30/2025

## Service Authorization
## CT Corporation System

CT Corporation System ("CT") is registered agent for service of process for numerous corporations and similar entities. CT receives the process only in its capacity as a commercial registered agent. The individuals designated below are employees of CT Corporation System and in receiving the process, do so only on CT's behalf and in CTs capacity as registered agent.

**PLEASE NOTE:** The Code of Virginia §§ 13.1-634 provides in part:
"Registered office and registered agent.
A....
B. The sole duty of the registered agent is to forward to the corporation at its last known address any process, notice or demand that is served on the registered agent."

<u>As such, neither CT Corporation System., nor its individual employees designated below, have the duty or the ability to respond to any legal process, notice or demand that is served on CT's clients.</u>

The following natural persons are designated in the office of the registered agent upon whom any process, notice or demand may be served:

Lauren Phillips    Charmane Cunningham    Jessica Fitzgerald    Alexus Mills

This authorization does not certify the receipt or acceptance of any specific process

*[signed]* Lauren B Phillips

Lauren Phillips
Fulfillment Associate
CT Corporation System

State of Virginia
County of Henrico

This day personally appeared before me, Lauren Phillips, who name is signed above and who, being first duly sworn, upon her oath, state that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this 11 day of Oct, 2024.

*[signed]* Quintina L. Bartolomei
Notary Public

QUINTINA L. BARTOLOMEI
NOTARY PUBLIC
REG. #360582
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 07/31/2026

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Michael Roach, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>THE SALVATION ARMY NATIONAL CORPORATION<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:25-cv-1024<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The Salvation Army National Corporation
Serve Registered Agent:
c/o C T Corporation System
4701 Cox Rd, Ste 285
Glen Allen, VA, 23060


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   David Hilton Wise
   Wise Law Firm, PLC
   10640 Page Avenue, Suite 320
   Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  06/17/2025

*Signature of Clerk or Deputy Clerk*